U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

AUTRY LEE JONES                      **CIVIL ACTION NO. 06-1985**

VS.                                  **SECTION P**

**FREDRICK MENIFEE, WARDEN**         **JUDGE DRELL**

                                     **MAGISTRATE JUDGE KIRK**

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED THAT** petitioner be **BARRED** from filing **any further civil actions** without prior permission from a judge of this Court.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this _29th_ day of _December_, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**